UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORID
PANAMA CITY DIVISION


CARLTON GARY,

    Plaintiff,

v.                                           5:13cv414–WS/CJK

POLK MEDICAL INSTITUTION,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 10) docketed March 26, 2015.  The magistrate judge recommends that this case be dismissed as malicious based upon the plaintiff's failure to truthfully and completely disclose—on both his initial and amended complaints---his prior litigation history.  The plaintiff has filed objections (doc. 11) to the report and recommendation, suggesting that his omissions were not intentional.  He asks that he be allowed to "refile" the case.

    Having reviewed the magistrate judge's report and recommendation in light of the plaintiff's objections, the court having has concluded that the magistrate

judge's report and recommendation should be adopted.  Accordingly, it is

ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 10) is ADOPTED and incorporated into this order by reference.

    2.  The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(i) for failure to truthfully and completely disclose his prior litigation history.

    3.  The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

    DONE AND ORDERED this   14th   day of   April  , 2015.


                      s/ William Stafford
                      WILLIAM STAFFORD
                      SENIOR UNITED STATES DISTRICT JUDGE